NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORAS TECHNOLOGIES LTD.,**
*Appellant*

**v.**

**BMW OF NORTH AMERICA, LLC, ROBERT BOSCH LLC, VALEO SCHALTER UND SENSOREN GMBH, VALEO SE,**
*Appellees*

---

2025-1968

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01373, IPR2024-00823.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 FORAS TECHNOLOGIES LTD. V. BMW OF NORTH AMERICA, LLC

(2) Each side shall bear their own costs.

FOR THE COURT

June 12, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 12, 2026